UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

LUIS DAVID TZUN YOQUE

Case No. 3:26-cr- 80-JEP-PDB
8 U.S.C. § 1326(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about April 14, 2026, in the Middle District of Florida, the defendant,

LUIS DAVID TZUN YOQUE,

a citizen of Guatemala and an alien in the United States, was found unlawfully

present in the United States without first having obtained the consent of the Attorney

General or the Secretary of Homeland Security for the United States to apply for

admission to or re-enter the United States after having been deported and removed from the United States on or about December 10, 2025.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### LUIS DAVID TZUN YOQUE

## INDICTMENT

Violation:   8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 30th day

of April, 2026.

_____
Clerk

Bail   $_____

GPO 863 525