AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LUIS DAVID TZUN YOQUE<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  3:26-cr- 80-JEP-PDB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:       Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LUIS DAVID TZUN YOQUE                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Being unlawfully present in the United States after a previous deportation, in violation of 8 U.S.C. § 1326.

Date:  4/30/2026

City and state:   Jacksonville, Florida

*Issuing officer's signature*   ERIN AUTRY

ELIZABETH WARREN, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  4/30/26 , and the person was arrested on *(date)*  05/05/26
at *(city and state)*  Jacksonville FL .

Date:  05/05/26

*Arresting officer's signature*

T. Mellor  D.O
*Printed name and title*