United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.**                                        **NO. 3:26-cr-80-TJC-PDB**

**LUIS DAVID TZUN YOQUE**

_____

## Clerk's Minutes

| Proceeding | Initial Appearance |
|---|---|
| Date | May 5, 2026 |
| Time | 3:08–3:23 p.m. |
| Judge | Patricia Barksdale, U.S. Magistrate Judge |
| Courtroom Deputy | Barbara Rothermel |
| Counsel for United States | John Cannizzaro, Assistant U.S. Attorney |
| Counsel for Defendant | Lisa Call, Assistant Federal Defender |
| Pretrial Services Officer | Jacob Ely |
| Spanish Interpreter | Etienne van Hissenhoven |
| Digital/Reporter | Digital |

Judge Barksdale asked Ms. Call to appear for possible appointment.

Mr. Yoque was arrested on May 5, 2026, on an indictment out of Jacksonville, Florida.

Ms. Rothermel placed Mr. Van Hissenhoven under oath.

Judge Barksdale advised Mr. Yoque of his right to remain silent.

Judge Barksdale asked Mr. Yoque questions to assess competency.

Mr. Cannizzaro formally read the indictment and summarized the possible penalties.

Mr. Cannizzaro stated that consular notification was provided to Guatemala.

Judge Barksdale ordered the United States to produce *Brady* material and explained the sanctions for failing to do so.

Mr. Yoque stated his general understanding of what he is charged with and the penalties if he is convicted.

Judge Barksdale advised Mr. Yoque of the right to counsel and the right to self-representation. He requested court-appointed counsel. Ms. Rothermel placed him under oath, and Judge Barksdale questioned him about his financial condition. Based on his responses and financial affidavit, Judge Barksdale found that Mr. Yoque is unable to afford counsel and appointed the lawyers with the Federal Defender's Office to represent him. A written order will follow.

Mr. Cannizzaro moved to detain Mr. Yoque. Ms. Call moved for a continuance of the detention hearing. Judge Barksdale granted the motion to continue, and scheduled the detention hearing for **May 8, 2026, at 11:00 a.m.**, and will enter an order detaining Mr. Yoque until that time. Judge Barksdale explained to Mr. Yoque his right to a detention hearing.